# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                                  Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                   Fax: 718-740-2000
*Employment and Labor Lawyer*                                          Web: www.abdulhassan.com

<p align="center">April 17, 2020</p>

**Via ECF**

Hon. Barbara C. Moses, USMJ
United States District Court, SDNY
500 Pearl Street, Courtroom 20A
New York, NY 10007
Tel: 212-805-4880

<p align="center"><u>Re: Smith v. BRP Development Corporation et al</u><br>
Case No.  19-CV-11794 (MKV)(BCM)<br>
Motion for Extension of Time</p>

Dear Magistrate-Judge Moses:

      My firm represents plaintiff in the above-referenced action, and I respectfully write to request a one-week extension of the April 17, 2020 deadline for the parties to provide the Court with a status report. This request is being made because the parties need some additional time to confer as to settlement, etc.

      We thank the Court in advance for its time and consideration.

Yours truly,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense Counsels via ECF**