UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RASHIEM SMITH, | USDC SDNY |
| | DOCUMENT |
| Plaintiff, | ELECTRONICALLY FILED |
| | DOC #: |
| -against- | DATE FILED: 10/19/2020 |

19-cv-11794 (MKV)

BRP DEVELOPMENT CORPORATION,
UNITED DBT SECURITY CORP., and
DARRUL BROWN,

Defendants.

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a report from the mediator informing the Court that the parties have reached agreement on all issues [ECF #24]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by November 18, 2020. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: **October 19, 2020**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**