# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**　　　　　　　　　　　　　　　　　　　　　　Tel: 718-740-1000
Email: abdul@abdulhassan.com　　　　　　　　　　　　　　　　　　Fax: 718-740-2000
*Employment and Labor Lawyer*　　　　　　　　　　　　　　Web: www.abdulhassan.com

November 24, 2020

**Via ECF**

Hon. Mary Kay Vyskocil, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   11/25/2020
```

　　　　　　　　　**Re: Smith v. BRP Development Corporation et al**
　　　　　　　　　　Case No.  19-CV-11794 (MKV)(BCM)
　　　　　　　　　　Motion for Extension of Time

Dear Judge Vyskocil:

　　　My firm represents plaintiff Rashiem Smith ("Plaintiff" or "Smith") in the above-referenced action, and I respectfully write to request a one-week extension of the November 24, 2020 deadline for plaintiff to submit his motion for court approval. This request is being made because some additional time is needed for Defendants to sign the settlement agreement. No prior request for an extension of this deadline was made.

　　　We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**　　Defense Counsel via ECF

**Granted. SO ORDERED.**

Date: Nov. 25, 2020　　　*/s/ Mary Kay Vyskocil*
New York, New York　　　　Mary Kay Vyskocil
　　　　　　　　　　　　　　United States District Judge

1