# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

December 1, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/3/2020
```

**Via ECF**

Hon. Mary Kay Vyskocil, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

<u>Re: Smith v. BRP Development Corporation et al</u>
Case No.  19-CV-11794 (MKV)(BCM)
**Motion for Extension of Time**

Dear Judge Vyskocil:

My firm represents plaintiff Rashiem Smith ("Plaintiff" or "Smith") in the above-referenced action, and I respectfully write to request a one-week extension of the December 1, 2020 deadline for plaintiff to submit his motion for court approval. This request is being made because we are still awaiting the settlement agreement signed by Defendants. One prior request for an extension of this deadline was made and granted.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:** Defense Counsel via ECF

---

**Granted. SO ORDERED.** No further extensions.

Date:  Dec. 3, 2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

1